UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       15-cr-794 (PKC)

       -against-

                                                       ORDER

DEREK GALANIS,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The government shall respond to defendant's Motion for Compassionate Release (Doc 179) by May 4, 2020.

        SO ORDERED.

                                                   P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       April 24, 2020