UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               S1 15 CR 794 (PKC)

            -against-                                                ORDER

TIMMY WALLACE,

                                    Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Assuming that the defendant wishes to waive his appearance (and his counsel advises the Court by ECF filing by May 11), the Court will hear defendant's application telephonically for a sentence reduction on May 13 at 11:00 a.m.  The telephone call-in number is 1-888-363-4749.  The access code is 3667981.

        SO ORDERED.

                                                                P. Kevin Castel
                                                                United States District Judge

Dated: New York, New York
           May 5, 2020