# EDELSTEIN & GROSSMAN

Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

_____

May 6, 2020

**VIA ELECTRONIC CASE FILING**
Hon. P. Kevin Castel
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Wallace, Docket No. 15-CR-794 (PKC)**

Dear Judge Castel:

In response to the Court's order of this morning, please be advised that the defendant waives his presence at the telephonic oral argument scheduled for May 13, 2020.

The Court's consideration in this matter is appreciated.

Respectfully submitted,

/s/ Jonathan I. Edelstein

Jonathan I. Edelstein

Cc:    AUSA Ravi Sagar (Via ECF)