UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                  15-cr-794 (PKC)
                                                                  20-cv-7134 (PKC)

      -against-

                                                                   ORDER

TIMMY WALLACE,

                           Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Defendant Tim Wallace has moved to seal the Court's Opinion and Order of July 29, 2021. (Cr. Doc 212; Civ. Doc 213), citing safety concerns arising from the Court's mentioning of proffer sessions. The portion of the Opinion and Order that Wallace cites consists of a direct quotation from the publicly available transcript of his trial. (See Cr. Doc 125 at 25-26.) Additionally, the government's memorandum of law opposing his Section 2255 motion, also publicly available, describe defendant's proffer sessions. (Cr. Doc 202 at 2-3, 15-16.) For these reasons, the motion to seal the Court's Opinion and Order of July 29, 2021 is DENIED. The Clerk is directed to terminate the motion (Cr. Doc 212; Civ. Doc 19).

        SO ORDERED.

                                                            P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
           September 27, 2021

                                                             *Mailed to Mr. Wallace on 9/27/2021*